UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HERB, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 1:22-CV-11416-JEK |
| v. | ) ) |
| HOMESITE GROUP INCORPORATED, | ) ) |
| Defendant. | ) JUNE 7, 2024 |

## JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

Named Plaintiff Robert Herb, and Defendant Homesite Group Incorporated ("Defendant" or "Homesite") (collectively referred to as the "Parties"), for the reasons set forth in the contemporaneously filed Memorandum of Law in Support of Joint Motion for Approval of FLSA Collective Action Settlement, respectfully request and move that the Court enter an Order:

(1) Approving the $725,000.00 FLSA Collective settlement set forth in the Settlement and Release Agreement;

(2) Approving the proposed Notice of Settlement and Opportunity to Join Collective Action and directing its distribution;

(3) Approving a Service Award of $3,000 to Named Plaintiff Robert Herb for his service to the FLSA Collective;

(4) Approving the Settlement Administrator Optime Administration, LLC's fees and costs in the total amount of $12,978.00.

(5) Approving Plaintiff's request for one-third of the settlement fund as attorneys' fees, plus reimbursement of costs and expenses;

(6) Incorporating the terms of the Settlement Agreement;

(7) Dismissing the action with prejudice; and

(8) Retaining jurisdiction to enforce the Settlement and Release Agreement.

The Settlement resolves bona fide disputes involving overtime compensation under the FLSA. The case was hotly contested and settlement was achieved only through months of difficult negotiations, data production, and comprehensive analysis of relevant records. The Settlement is fair, reasonable, and adequate, and satisfies the criteria for approval under the FLSA, 29 U.S.C. § 216(b). If approved by the Court, the Settlement will provide settlement payments to the Named Plaintiff and Opt-In Plaintiffs who submit a consent form pursuant to § 216(b) representing a substantial percentage of the potential value of their claims. The Parties respectfully submit that the proposed Settlement is fair, reasonable, and adequate, and satisfies the criteria for approval under § 216(b) of the FLSA.

The following settlement documents are respectfully submitted for approval or entry by the Court:

Exhibit A:   Settlement and Release Agreement;

Exhibit B:   Proposed Final Order and Judgment Approving Settlement Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), and Dismissing Action;

Exhibit C:   Exhibit 1 to Settlement Agreement – Notice of Settlement and Opportunity to Join Collective Action;

Exhibit D:   Declaration of Plaintiff's Counsel Ryan A. Winters of SCOTT & WINTERS LAW FIRM, LLC; and

Exhibit E:   Declaration of Plaintiff's Counsel Philip J. Gordon of GORDON LAW GROUP, LLP.

The grounds for this Joint Motion are more fully set forth in the Memorandum of Law in Support of this Joint Motion for Approval of FLSA Collective Action Settlement, which is filed contemporaneously.

Date: June 7, 2024                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Joseph F. Scott* | */s/ Diane M. Saunders (via email consent)* |
| Joseph F. Scott* | Diane M. Saunders (BBO# 562872) |
| Ohio Bar No. 0029780 | OGLETREE, DEAKINS, NASH, |
| Ryan A. Winters* | SMOAK & STEWART, P.C. |
| Ohio Bar No. 0086917 | One Boston Place, Suite 3500 |
| SCOTT & WINTERS LAW FIRM, LLC | Boston, MA 02108 |
| P: (216) 912-2221 F: (440) 846-1625 | 617.994.5700 office |
| 50 Public Square, Suite 1900 | 617.994.5704 direct |
| Cleveland, OH 44113 | 617.699.2375 mobile |
| jscott@ohiowagelawyers.com | 617.994-5701 fax |
| rwinters@ohiowagelawyers.com | diane.saunders@ogletreedeakins.com |

Kevin M. McDermott II*
Ohio Bar No. 0090455
SCOTT & WINTERS LAW FIRM, LLC
P: (216) 912-2221 F: (440) 846-1625
11925 Pearl Rd., Suite 310
Strongsville, Ohio 44136
kmcdermott@ohiowagelawyers.com

*Attorney for Defendant*
*Homesite Group Incorporated*

*and*

Philip J. Gordon
Mass. BBO# 630989
Kristen M. Hurley
Mass. BBO# 658237
GORDON LAW GROUP, LLP
585 Boylston St.
Boston, MA 02116
617-536-1800 – Telephone
617-536-1802 – Facsimile
pgordon@gordonllp.com
khurley@gordonllp.com

*Attorneys for Plaintiff and Proposed FLSA*
*Collective Action Plaintiffs*

*PROCEEDING PRO HAC VICE

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: June 7, 2024　　　　　　　　　　　　　　/s/ *Joseph F. Scott*
　　　　　　　　　　　　　　　　　　　　　　Joseph F. Scott
　　　　　　　　　　　　　　　　　　　　　　Ohio Bar No. 0029780