UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HERB, *individually and on* ... )
*behalf of all others similarly situated*, ... )
... )
Plaintiff, ... )
... ) CIVIL ACTION NO. 1:22-CV-11416-JEK
v. ... )
... )
HOMESITE GROUP INCORPORATED, ... )
... )
Defendant. ... )

[EXHIBIT B: PROPOSED]

**FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT PURSUANT TO THE**
**FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), AND DISMISSING ACTION**

This matter is before the Court on Named Plaintiff Robert Herb and Defendant Homesite

Group Incorporated's (collectively, the "Parties") Joint Motion for Approval of FLSA Collective

Action Settlement and Memorandum in Support, and the Court having considered all papers filed

and proceedings herein, and having reviewed the record in the above-captioned action, and good

cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS**

**FOLLOWS**:

1.       This Court has jurisdiction over the subject matter of the above-captioned action,

Defendant Homesite Group Incorporated ("Defendant" or "Homesite"), Named Plaintiff Robert

Herb ("Named Plaintiff"), and each individual who properly joins this Action by filing a Consent

to Join Settlement, Release, and Claim Form (the "Opt-In Plaintiffs") pursuant to the Settlement

and Release Agreement and Exhibit 1 to the Settlement and Release Agreement – the Notice of

Settlement and Opportunity to Join Collective Action.

2.    The term "Settlement" shall refer to the Settlement and Release Agreement executed and filed by the parties in this case in connection with the Joint Motion for Approval of FLSA Collective Action Settlement and all attachments (including Exhibit 1– the Notice of Settlement and Opportunity to Join Collective Action), and all terms herein shall have the same meaning as the terms defined in the Settlement and Release Agreement, unless specifically provided for herein.

3.    The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arm's-length negotiations between experienced counsel after substantial investigation and negotiations. The Court has considered all of the relevant factors, including the risk, complexity, expense and likely duration of the litigation; the extent of investigation; the amount offered in the settlement; and the experience and views of the Parties' Counsel. The Court finds that the Settlement is fair and reasonable.

4.    The Court approves the Settlement, including the release of claims as set forth in the Settlement and Release Agreement.

5.    The Court further finds that the Named Plaintiff's request for attorneys' fees, request for reimbursement of litigation costs and expenses, Service Award payment, and Settlement Administrator's costs requested in the Joint Motion for Approval of FLSA Collective Action Settlement and Memorandum in Support and reflected in the Settlement are reasonable and are approved.

6.    The Court approves and authorizes the distribution of the Notice of Settlement and Opportunity to Join Collective Action in the manner, and subject to the terms and conditions, set forth in the Settlement and Release Agreement.

7.      Accordingly, the Court **ORDERS** that both the Settlement of the claims of the Named Plaintiff and the Opt-In Plaintiffs and the procedure to administer the Settlement as set forth in the Settlement and Release Agreement are approved. The Parties and Settlement Administrator shall administrate the Settlement of the claims of the Named Plaintiff and the Opt-In Plaintiffs as set forth in the Settlement and Release Agreement.

8.      The Court reserves and retains exclusive and continuing jurisdiction over the Action for the purposes of supervising the implementation, effectuation, enforcement, construction, administration, and interpretation of the Settlement and this Judgment.

9.      **IT IS FURTHER ORDERED** that this case and all claims asserted in this case by the Named Plaintiff and the Opt-In Plaintiffs are **DISMISSED WITH PREJUDICE**, with each Party to bear their own costs, except as set forth in the Settlement and Release Agreement.

SO ORDERED on ___July 31___, 2024.

_____
HONORABLE JULIA E. KOBICK
United States District Judge

3